UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARICIA JOSEPH,

    Plaintiff,

vs.                                  Case No. 8:17-cv-1251-T-27AAS

HYATT SARASOTA,

    Defendant.
_____/

## ORDER

**ON AUGUST 2, 2017**, this Court entered an Order directing Plaintiff to appear personally at a status conference scheduled for August 23, 2017. (Dkt. 10). The Order expressly stated: *"FAILURE OF PLAINTIFF TO APPEAR AT SAID CONFERENCE . . . SHALL RESULT IN THE DISMISSAL OF THIS CAUSE . . . ."* (Dkt. 10). Plaintiff failed to appear, *pro se* or through newly retained counsel, at said hearing. The Court finds, based on Plaintiff's willful failure to comply with this Order, that lesser sanctions will not suffice. *Pierce v. City of Miami,* 176 F. App'x 12, 14 (11th Cir. 2006). Accordingly, this case is **DISMISSED** without prejudice. All pending motions are **DENIED** as moot. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 24th day of August, 2017.

                                      **JAMES D. WHITTEMORE**
                                      United States District Judge

Copies to: Counsel of record;
Maricia Joseph
c/o Babette Joseph
442 Old Main Street
Bradenton, FL 34205